IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JEFF BARTELS,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-00280

Judge John F. Kness

Magistrate Judge Sheila M. Finnegan

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 95 | HTTYYTRYT |
| 99 | HEVITDA |
| 26 | PuTianShiChengXiangQuLiQingJinWenJuDian |
| 13 | Nuolang |
| 18 | IeMEead |
| 173 | WYTong |
| 82 | Evangelia.YM (15-20 Day Delivery) |
| 153 | Meikosks |
| 51 | SOUTR Wall Art |
| 33 | LITTLE PENGUIN |
| 20 | bai tuo shop |
| 131 | 雨花台区露萱般体育用品经营部 |
| 14 | Todeyya |
| 19 | FUNDESIGN-Direct |
| 145 | Daole shop |
| 102 | HZD |
| 133 | Kanzd(7-15 Day Delivery) |
| 143 | unique56 |
| 182 | SEAOPEN |

1

| | |
|---|---|
| 183 | OFF 50% US Womens Clothes Store |
| 154 | charmsamx |
| 156 | WJSXC |
| 177 | Auwer |
| 10 | Yidamm |
| 174 | Tenworld |
| 181 | YUSDEE |
| 200 | JHOKCI |
| 11 | PqOUqqQA |
| 166 | LBJTAKDP |
| 141 | CHICKYCLOTHING |

DATED: April 25, 2023

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 25, 2023 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt