IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFF BARTELS,<br><br>                          Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>                          Defendants. | No. 23-cv-00280<br><br>Judge John F. Kness |

**FINAL JUDGMENT ORDER**

IT IS ORDERED THAT judgment is entered in favor of Plaintiff JEFF BARTELS ("Bartels" or "Plaintiff") and against all Defendants identified in the attached First Amended Schedule A who have not otherwise been dismissed from this action (the "Defaulting Defendants").

Defaulting Defendants have sold products using infringing versions of Jeff Bartels's federally registered copyrights which are protected by United States Copyright Registration Nos. VA 2-301-714; VA 2-302-820; VA 2-302-325; VA 2-302-800; VA 2-302-557; VA 2-302-927; VA 2-301-715; VA 2-302-324; VA 2-301-717; VA 2-302-813; VA 2-302-539; VA 2-301-718; VA 2-301-965; VA 2-302-815; VA 2-302-548; VA 2-301-709; VA 2-301-953; VA 2-303-003; VA 2-302-551; VA 2-301-960; VA 2-301-966; VA 2-302-930; VA 2-302-544; VA 2-302-816; VA 2-302-545; VA 2-302-547; VA 2-302-558; VA 2-302-927; VA 2-302-554; VA 2-302-555; VA 2-302-540; VA 2-301-957; VA 2-301-964; VA 2-302-817; VA 2-302-548; VA 2-302-270; VA 2-301-989; VA 2-302-272; VA 2-302-809; VA 2-301-712; VA 2-301-716; VA 2-302-814; VA 2-302-315; VA 2-301-968; VA 2-301-971; VA 2-302-273; VA 2-302-818; VA 2-302-266; VA 2-301-972; VA 2-302-276; VA 2-301-991; VA

2-302-253; VA 2-301-974; VA 2-302-048; VA 2-302-057; VA 2-302-056; VA 2-302-505; VA 2-301-944; VA 2-321-928; VA 2-302-083; VA 2-302-082; VA 2-301-949; VA 2-302-507; VA 2-301-947; VA 2-301-915; VA 2-302-046; VA 2-302-053; VA 2-302-049; VA 2-302-470; VA 2-302-496; VA 2-302-084; VA 2-301-923; VA 2-302-044; VA 2-302-473; VA 2-302-054; VA 2-302-051; VA 2-301-851; VA 2-302-504; VA 2-302-205; VA 2-302-503; VA 2-302-045; VA 2-302-043; VA 2-302-061; VA 2-302-062; VA 2-302-060; VA 2-302-378; and VA 2-302-058 ("Jeff Bartels Works"). Defaulting Defendants are liable for willful federal copyright infringement (17 U.S.C. §504).

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the Jeff Bartels Works or any reproductions, infringing copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Jeff Bartels product or not authorized by Jeff Bartels to be sold in connection with the Jeff Bartels Works;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Jeff Bartels product or any other product' produced by Jeff Bartels, that is not Jeff Bartels or not produced under the authorization, control, or supervision of Jeff Bartels and approved by Jeff Bartels for sale under the Jeff Bartels Works;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Jeff Bartels, or are sponsored by, approved by, or otherwise connected with Jeff Bartels; and

    d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or

inventory not manufactured by or for Jeff Bartels, nor authorized by Jeff Bartels to be sold or offered for sale, and which bear any of Jeff Bartels Works, including the Jeff Bartels Works, or any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such Amazon Payments, Inc. ("Amazon") (collectively, the "Third Party Providers"), shall within seven (7) calendar days of receipt of this Order cease:

    a. using, linking to, transferring, selling, exercising control over, or otherwise owning the Defendant Internet Stores, or any other online marketplace account that is being used to sell or is the means by which Defaulting Defendants could continue to sell infringing goods using the Jeff Bartels Works; and

    b. operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the Jeff Bartels Works or any reproductions, infringing copies or colorable imitations thereof that is not a genuine Jeff Bartels product or not authorized by Jeff Bartels to be sold in connection with the Jeff Bartels Works.

3. Upon Jeff Bartels's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 2, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using the Jeff Bartels Works.

4. Under 17 U.S.C. § 504(c)(2), Jeff Bartels is awarded statutory damages from each of the Defaulting Defendants in the amount of fifty thousand dollars ($50,000) for willful use of infringing Jeff Bartels Works on products sold through at least the Defendant Internet Stores.

5. Any Third Party Providers holding funds for Defaulting Defendants, including Amazon,

shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants or the Defendant Internet Stores from transferring or disposing of any funds (up to the statutory damages awarded in Paragraph 4 above) or other of Defaulting Defendants' assets.

6. All monies (up to the amount of the statutory damages awarded in Paragraph 4 above) currently restrained in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as Amazon, are hereby released to Jeff Bartels as partial payment of the above-identified damages, and Third Party Providers, including Amazon, are ordered to release to Jeff Bartels the amounts from Defaulting Defendants' financial accounts within fourteen (14) calendar days of receipt of this Order.

7. Until Jeff Bartels has recovered full payment of monies owed to it by any Defaulting Defendant, Jeff Bartels shall have the ongoing authority to commence supplemental proceedings under Rule 69 of the Federal Rules of Civil Procedure.

8. In the event that Jeff Bartels identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Jeff Bartels may send notice of any supplemental proceeding, including a citation to discover assets, to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 2 to the Declaration of Jeff Bartels and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Bartels is hereby released to Bartels or Plaintiff's counsel, Keith Vogt Ltd., 33 West Jackson Boulevard, #2W, Chicago, Illinois, 60604. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Bartels or Plaintiff's counsel.

**This is a Final Judgment**.

SO ORDERED in No. 23-cv-00280.

Date: June 16, 2023

_____
JOHN F. KNESS
United States District Judge

5

**First Amended Schedule A**

| No. | Defendants |
|---|---|
| 1 | groundt3 |
| 2 | yangwendedian |
| 3 | weeyepan4 |
| 4 | Huijiaren |
| 5 | WangCai Store |
| 6 | MGXWJS |
| 7 | Asamour |
| 8 | ThsiJJ |
| 9 | Virtuee |
| 10 | Yidamm |
| 11 | PqOUqqQA |
| 12 | tong shan xian yao tong bai huo dian |
| 13 | Nuolang |
| 14 | Todeyya |
| 15 | woobuing |
| 16 | WEIGUOXIANG |
| 17 | 64HYDRO |
| 18 | IeMEead |
| 19 | FUNDESIGN-Direct |
| 20 | bai tuo shop |
| 21 | Upetstory |
| 22 | Li Yi Trade |
| 23 | ShangGuang20 |
| 24 | yangongfa |
| 25 | NIUNIA |
| 26 | PuTianShiChengXiangQuLiQingJinWenJuDian |
| 27 | Feierniang |
| 28 | xinmugto |
| 29 | luyubo |
| 30 | Wind gt |
| 31 | quanzhouzhuotairongshuoxinxikejiyouxiangongsi |
| 32 | Gogoing Store |
| 33 | |
| 34 | Pubei County Yangfeng Breeding Co., Ltd. |
| 35 | Funny Diy Store |
| 36 | |

| # | Name |
|---|---|
| 37 | OOshop |
| 38 | feipengmisschen |
| 39 | Cullinan Shop |
| 40 | ynkmzhsmyxgs |
| 41 | OwnInterest |
| 42 | Homiez Store |
| 43 | nanninghangweimaoyiyouxiangongsi |
| 44 | JIABBIN SHOP |
| 45 | LULOSTORE |
| 46 | HUGSIDEA |
| 47 | UNICEU |
| 48 | Pet-fairyland |
| 49 | WooInterest |
| 50 | NIUJINMALI-Direct |
| 51 | SOUTR Wall Art |
| 52 | Guangzhou Nansha chaoye Trading Co., Ltd |
| 53 | sai pao le |
| 54 | NinaStore Shop |
| 55 | LiaoNingYiLianMaoYiYouXiaongSi |
| 56 | MHGiftStore |
| 57 | WaKking |
| 58 | QCustom |
| 59 | Jeffrey Desmond Zlata |
| 60 | Giangnguyenshop |
| 61 | Tan.Duyyheka |
| 62 | baoleviet |
| 63 | LUHANuu |
| 64 | Empty Sato |
| 65 | GreenInterest |
| 66 | TALOGEM |
| 67 | PHAM THI THANH NHAN STORE |
| 68 | ZIM ZIM |
| 69 | ZHOU SHOUKUAN 6 |
| 70 | wowblanket |
| 71 | LUVINGRACE |
| 72 | Multihome Store |
| 73 | Sunturtle |
| 74 | Rop Store |
| 75 | YOUMEUP Store |
| 76 | KLineStore |
| 77 | liyingyingsm |
| 78 | SHIQINKUN |
| 79 | ASFWEFWFWF4ERHHDG |

| | |
|---|---|
| 80 | tianjinrouyi 🚀 12-25 Days Delivery |
| 81 | USGallery |
| 82 | Evangelia.YM (15-20 Day Delivery) |
| 83 | Guangzhou Chuncao mushen e-commerce Co., Ltd |
| 84 | LinCustom |
| 85 | TongShanXianLuoKangBaoShangMaoYouXiangongSi |
| 86 | Anhudjcusn |
| 87 | wucun |
| 88 | wiaekosef |
| 89 | AIdemen |
| 90 | KEROM |
| 91 | LXS Shop |
| 92 | Newraturner |
| 93 | JZCreater |
| 94 | BAODAA |
| 95 | HTTYYTRYT |
| 96 | Farbiunu US store |
| 97 | BlueInterest |
| 98 | Yisharuier |
| 99 | HEVITDA |
| 100 | ♀ Tigivemen ♀ New store ON SALE！！Highest 80%💧 |
| 101 | |
| 102 | |
| 103 | Som Lam |
| 104 | Thanhahdtub |
| 105 | Ivarunner |
| 106 | WEnTiAn |
| 107 | Ananas Pru Store |
| 108 | DO THI CHAM |
| 109 | TrungHieuStore |
| 110 | WOWPersonalTailor |
| 111 | LiCustomGift |
| 112 | Printera |
| 113 | backpackzone |
| 114 | liquanquanus |
| 115 | Hodlors |
| 116 | jipengya |
| 117 | CORKIFY |
| 118 | Abiko Fashion |
| 119 | CentZ Story |
| 120 | GCBXUYJHDSACXQ |
| 121 | Chapeau-Chic |
| 122 | UYEN-PRO-LS |
| 123 | CHAUD STORE |
| 124 | GG Shoping |
| 125 | Aruna Gifts |

| | |
|---|---|
| 126 | KASMAN KANANGA |
| 127 | Teechopchop |
| 128 | G-C Store |
| 129 | yunnanlusongmaoyiyouxiangongsi |
| 130 | Moda-Bella |
| 131 | 雨花台区露萱般体育用品经营部 |
| 132 | zhangchanglongbeimei |
| 133 | |
| 134 | Heilong |
| 135 | violekcase |
| 136 | Vedolay |
| 137 | CapsA |
| 138 | Gufindle |
| 139 | DUlalaWei |
| 140 | ZacharyMarcus |
| 141 | CHICKYCLOTHING |
| 142 | feidongxianfouzanwangluokejiyouxiangongsi |
| 143 | unique56 |
| 144 | jiangbaidouyingbaihu |
| 145 | Daole shop |
| 146 | Xinantime |
| 147 | duolawenhua |
| 148 | yunnankaishaliushangwuyouxiangongsi |
| 149 | aboedian |
| 150 | Messigaot |
| 151 | EKIYVO(已备案,跟卖秒投) |
| 152 | Leudy Diaz |
| 153 | Meikosks |
| 154 | charmsamx |
| 155 | Lyibao |
| 156 | WJSXC |
| 157 | Shakumy 🔔 🎀 offers up to 50% off ！！！ |
| 158 | PLTT89 |
| 159 | Aniywn |
| 160 | Lanling County Jingxing Trading Company |
| 161 | 50% off - VEKDONE |
| 162 | diamon·d |
| 163 | VIVIYY |
| 164 | KIKX0DE |
| 165 | Hotkey |
| 166 | LBJTAKDP |
| 167 | Interestdify |
| 168 | qinhanxinchengyajiebaihuodian |
| 169 | BoDiQiChe |
| 170 | qunshengbaihuo |

| | |
|---|---|
| 171 | T0 shop |
| 172 | ❥Clearance Sale ❥Prime Day |
| 173 | WYTong |
| 174 | Tenworld |
| 175 | muning123 |
| 176 | YUehswet |
| 177 | Auwer |
| 178 | DIOMOR |
| 179 | ♥ SARUEYI Womens Clothing♥ |
| 180 | F_topbu |
| 181 | YUSDEE |
| 182 | SEAOPEN |
| 183 | OFF 50% US Womens Clothes Store |
| 184 | Oufuyi |
| 185 | BEIMEITU |
| 186 | Ray S Bowen |
| 187 | hainanpingsheishangmaoyouxiangongsi |
| 188 | EFGWSDER |
| 189 | MOPPOK |
| 190 | Zhichang |
| 191 | Chengdu Qin Kai Shiji Trading Co., LTD |
| 192 | weifangchunhuishangmaoyouxiangongsi |
| 193 | suowenchina |
| 194 | FenNisa |
| 195 | PJINFAN |
| 196 | lixiuleius |
| 197 | Daliwan |
| 198 | Aayomet☆10-15 Days Deliveried☆ |
| 199 | TOMIN(Delivery Time 8-20 Days) |
| 200 | JHOKCI |